IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01843-BNB

CHARLES ROY HALL,

    Applicant,

v.

STATE OF COLORADO,
CITY AND COUNTY OF DENVER, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER DIRECTING APPLICANT TO FILE SECOND AMENDED APPLICATION

---

    Applicant, Charles Roy Hall, currently is incarcerated at the Denver County Jail. Mr. Hall filed *pro se* an amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (1994). He has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (2006). For the reasons stated below, Mr. Hall will be ordered to file a second amended application.

    The Court notes that Mr. Hall has named improper Respondents. He may not sue "The State of Colorado" or the "People of the City and County of Denver." *See* amended application at 1. The law is well-established that the only proper Respondent to a habeas corpus action is the habeas applicant's custodian. *See* 28 U.S.C. § 2243; Rule 2(a), Rules Governing Section 2254 Cases in the United States District Courts; and *Harris v. Champion*, 51 F.3d 901, 906 (10th Cir. 1995). *See also* Rule 2(b) of the Section 2254 Rules. In addition, the August 28, 2008, order to cure and the Court-

approved form for filing a habeas corpus application note that Applicant must name as a Respondent his "warden, superintendent, jailer, or other custodian." *See* amended application at 1. Therefore, Mr. Hall will be directed to file on the proper, Court-approved form a second amended application that names the proper Respondents. Accordingly, it is

ORDERED that Mr. Hall file **within thirty (30) days from the date of this order** a second amended application that names the proper Respondents for the reasons discussed in this order. It is

FURTHER ORDERED that Mr. Hall's second amended application shall be titled, "Second Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Hall, together with a copy of this order, two copies of the following form to be used in filing the second amended application: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that if Mr. Hall fails within the time allowed to file a second amended application as directed, the amended application will be denied and

the action dismissed without further notice.

DATED September 29, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01843-BNB

Charles Roy Hall
Prisoner No. 1565844
Denver County Jail
PO Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 form** to the above-named individuals on 9/29/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk