IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01843-BNB

CHARLES ROY HALL,

    Applicant,

v.

STATE OF COLORADO,
CITY AND COUNTY OF DENVER, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 20 2008

GREGORY C. LANGHAM
                       CLERK

## ORDER OF DISMISSAL

Applicant, Charles Roy Hall, was incarcerated at the Denver County Jail when he filed *pro se* an amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (1994). He has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (2006).

On September 29, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Hall to file within thirty days a second amended application. In the September 29 order, Magistrate Judge Boland noted that Mr. Hall had named improper Respondents, and that he may not sue "The State of Colorado" or the "People of the City and County of Denver." *See* amended application at 1. Magistrate Judge Boland pointed out that the law is well-established that the only proper Respondent to a habeas corpus action is the habeas applicant's custodian. *See* 28 U.S.C. § 2243; Rule 2(a), Rules Governing Section 2254 Cases in the United States District Courts; and *Harris v. Champion*, 51

F.3d 901, 906 (10th Cir. 1995). *See also* Rule 2(b) of the Section 2254 Rules. In addition, Magistrate Judge Boland also pointed out that the August 28, 2008, order to cure and the Court-approved form for filing a habeas corpus application note that Applicant must name as a Respondent his "warden, superintendent, jailer, or other custodian." *See* amended application at 1. Therefore, Magistrate Judge Boland directed Mr. Hall to file on the proper, Court-approved form a second amended application that named the proper Respondents.

On October 8, 2008, Magistrate Judge Boland entered a minute order granting Mr. Hall's request for clarification of the September 29, 2008, order for a second amended application, and granting him a thirty-day extension of time in which to file a second amended application that complied with the directives of the September 29 order. Magistrate Judge Boland directed the clerk of the Court to mail the October 8 order to Mr. Hall at both the Denver County Jail and at the private address he also provided in an October 7, 2008, letter to the Court. On November 4, 2008, only the copy of the October 8 minute order mailed to Mr. Hall at the Denver County Jail was returned to the Court in an envelope marked "RTS," "Return to Sender," "Not Deliverable as Addressed," and "Unable to Forward."

Mr. Hall has failed within the time allowed to comply with the September 29, 2008, order for a second amended application, or otherwise to communicate with the Court in any way within the time allowed. The September 29 order noted that if Mr. Hall failed, within the time allowed, to filed a second amended application as directed, the amended application would be denied and the action dismissed without further notice. Accordingly, it is

2

ORDERED that the amended application is denied and the action dismissed without prejudice for the failure of Applicant, Charles Roy Hall, to comply with the September 29, 2008, order for an amended application and for his failure to prosecute.

DATED at Denver, Colorado, this 19 day of Nov., 2008.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01843-BNB

Charles Roy Hall
1340 S Zenobia St
Denver, CIO 80219

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/20/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk